UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM J. POLSTER,<br><br>                Plaintiff,<br>v.<br><br>CITY OF WAUWATOSA, JEFFREY NEWMAN, RUSSELL RICHARDSON, THOMAS ORLOWSKI, JENNIFER FARINA, PHONEXAY YOTHSACKDA, and JEFFREY FARINA,<br><br>                Defendants. | Case No. 17-CV-3-JPS<br><br>**ORDER** |

On December 13, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to either party. (Docket #58). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #58) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 13th day of December, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge